**FILED**
U.S. District Court
District of Kansas

AUG 3 1 2021

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Anthony L. Allen )
7814 East Douglas Ave Apt #208 )
Wichita KB. 67206 )
(Enter above the full name of the Plaintiff(s) )
)
vs. )       Case Number 6:21-cv-1209-SAC-KGG
)
Wichita State University )
Name )
1845 Fairmount St )
Street and number )
Wichita              KS        67206 )
City          State         ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff  Anthony L. Allen
      Address  7814 East Douglas Ave Apt #208
      Wichita, Ks 67206

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.  Defendant _Wichita State University_ is

employed at _Adminstration_

_____

C.  Additional Defendants_____

_____

_____

II.  Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.  Plaintiff is a citizen of the State of ____Yes____.

2.  The first-named defendant above is either

a.  a citizen of the State of _United States_ ; or

b.  a corporation incorporated under the laws of the State of
_____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3.  The second-named defendant above is either

a.  a citizen of the State of _____ ; or

b.  a corporation incorporated under the laws of the State of
_____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐    1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☑    2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☐    3.    Other grounds (specify and state any statute which gives rise to such
grounds):

_____

_____

_____

_____

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

I Anthony L. Allen I Am entitled to Relief from
Wichita State University for Racial Educational
discrimination. And improperly being
dismissed as African American Student
in 2015 for Allege theft And violation of

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

Wichita State University Student Code of Conduct policy as A Student in 2015

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑    No ☐

VI.   Do you claim actual damages for the acts alleged in your complaint?
      Yes ☑    No ☐

VII.  Do you claim punitive monetary damages?   Yes ☑   No ☐


If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I Am entitled Relief From Wichita State University for Monetary damages for Racial education discrimination, And being improperly being dismissed in 2015 by Wichita State Administration in the amount of $350,000

VIII.   Administrative Procedures:

A.      Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☑   No ☐

B.      If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

I Contacted Wichita State University General Counsel back in June 2021 about the matter that happen in 2015. Seeing if I could Return Continuing my Education After completion of the Probation in September 13, 2017

C.      If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☑       This cause, or a substantially equivalent complaint, was previously filed in this court as case number __2019__ and assigned to the Honorable Judge _____.

☐       Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Anthony L. Allen
_____
Name (Print or Type)

7814 East Douglas Ave
_____
Address

Wichita Ks 67206

City          State          Zip Code

316) 393-7957

Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☑Wichita,    ☐Kansas City , or    ☐Topeka} , Kansas as the

(Select One)

location for the trial in this matter.

Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {    ☑Yes or    ☐No   }

(Select One)

Signature of Plaintiff

Dated: 8-31-21

(Rev. 10/15)

6

 ≡                                **The Wichita Eagle**                                


CRIME & COURTS

# Wichita State player Conner Frankamp applies for diversion in DUI case

By Amy Renee Leiker

*THE WICHITA EAGLE*

UPDATED FEBRUARY 26, 2015 01:49 PM

🐦  f  ✉  ↪



This undated photo provided by the Sedgwick County Sheriff's Office shows Wichita State basketball guard Conner Frankamp. Frankamp, 19, was arrested Jan. 25 on suspicion of DUI. AP *FILE PHOTO*

We use cookies and similar technologies. By continuing to use this website, you consent to our **Terms of Service** and our **Privacy Policy**.

ACCEPT COOKIES

 **Only have a minute? Listen Instead**

-01:31

Powered by **Trinity Audio**

Wichita State men's basketball player Conner Frankamp applied for diversion Thursday in connection with his January DUI arrest.

Frankamp and his attorney made a brief appearance in Wichita Municipal Court on Thursday morning to announce the 19-year-old's intention to apply for the city's diversion program. He is due back in court on April 6 for a hearing to determine his eligibility for the diversion program.

If his application is accepted, the city will postpone criminal proceedings against Frankamp for a year. In return, he would agree to pay up to $1,452 in fines and fees, attend and complete a treatment program and abide by any other conditions set by prosecutors and the municipal court probation office.

**TOP VIDEOS**



If Frankamp successfully completes the diversion program, his DUI charge will be dismissed.

Frankamp also is required to avoid alcohol, drugs, bars, taverns, clubs, liquor stores and driving without a valid license and insurance under his bond conditions, according to information from Wichita Municipal Court.

## Labor Day Sale

Unlimited digital access - $3 for 3 months

CLAIM OFFER

Asked by the judge in court whether he had questions about the diversion program, Frankamp said: "No, I don't."

Wichita police last month said Frankamp was pulled over at 12:33 a.m. Jan. 25 at

We use cookies and similar technologies. By continuing to use this website, you consent to our **Terms of Service** and our **Privacy Policy**.

ACCEPT COOKIES



**WICHITA STATE UNIVERSITY**

# WSU Policies and Procedures

# Student Code of Conduct Handbook

Effective: September 09, 2019

## I. Purpose

The Student Code of Conduct Handbook outlines how the University will proceed once it is made aware of allegations of misconduct by a student, student group, or student organization. The Handbook also serves as a companion document to 8.05/Student Code of Conduct (/about/policy/ch_08/ch8_05.php) . The student conduct process is administered by the Student Conduct & Community Standards (SCCS) office. The student conduct process is designed to investigate and resolve alleged student misconduct violations in a prompt, thorough, reliable, fair, and impartial manner.

## II. Philosophy

Wichita State University is a living, learning, and working community dedicated to the personal and academic growth of its students and serves as an educational, cultural, and economic driver for Kansas and the greater public good. The University also endeavors to provide students with the necessary tools to engage in effective communication and to resolve conflicts in an appropriate manner.

Freedom of inquiry and freedom of expression are valued as critical components in the generation and transfer of knowledge to advance the University's mission. The Handbook is designed for the promotion and protection of an environment that encourages reasoned discourse, integrity, intellectual honesty, openness to constructive change, and respect for the rights and responsibilities of all individuals.

By choosing to become a member of the University community, students are expected to demonstrate respect for themselves and others and to conduct themselves in a manner that is consistent with the Kansas Board of Regents' and Wichita State University rules and policies; federal, state, and local laws; and city ordinances. When

choosing to become a part of the University community, the student must consider whether they will be able to adhere to the Handbook. Being a member of the Wichita State University community is a privilege, and the student conduct process will determine if a student's conduct warrants that they should no longer share in that privilege.

## III. Jurisdiction

### A. Application

This policy applies to behavior that is committed:

1. by a University student, student group, or student organization;

2. by an applicant who becomes a student, for alleged violation(s) committed as part of the application process; or

3. by an individual who has transferred, graduated, been academically disqualified, or expelled from the University, for alleged violation(s) committed prior to separation from the University.

### B. Location and Manner

Behaviors subject to review under this policy include those which occur:

1. On University property; or

2. Off campus, if:

   a. in connection with a University or University-recognized program or activity;

   b. in connection with any academic assignment, internship, co-op, practicum, field experience or trip, clinical experience, student teaching, research, or other academic activity;

   c. in connection with any activity sponsored, conducted, or authorized by, or affiliated with, any student group or organization;

   d. involving a crime of violence (as defined by 18 U.S. Code §16);

      i. an offense that has as an element of the use, attempted use, or threatened use of physical force against the person or property of another, or

      ii. it is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense.

   e. involving the manufacture, sale, or distribution of illegal drugs or controlled substances; and/or

  f. in a manner that may pose an ongoing, obvious, and/or serious threat of harm to, or
     that may have the effect of creating a hostile living, learning, or working environment
     for, any member(s) of the University community or their property.

The Handbook applies to behavior conducted online, via e-mail or through other electronic mediums.
Wichita State University does not regularly search for this information but may take action if such
information is brought to the attention of University officials.

Alleged violations of sexual misconduct, relationship violence, or stalking that occur in connection with
an alleged violation of this policy will be resolved through the procedures prescribed in Section
8.16/Sexual Misconduct, Relationship Violence, and Stalking Policy for Students (/about/policy/ch_08/ch8_16.php) .

# IV. Definitions

- **Advisor** – an individual selected by a Complainant or Respondent to assist the Complainant or
  Respondent throughout the University process including, but not limited to, a parent, friend, faculty
  member, advocate, or legal counsel. An advisor may advise and assist the Complainant or Respondent in
  preparation for any meetings, interviews, or hearings that may occur; accompany the Complainant or
  Respondent through all student conduct process meetings, interviews, or hearings; or assist the
  Complainant or Respondent in preparing an appeal. An advisor may not participate in the student
  conduct process in any other capacity in reference to the same incident, including, but not limited to,
  serving as a Witness, Co-Complainant, or Co-Respondent. Advisors may not directly participate, speak,
  comment, or make any type of representation or argument on behalf of a Complainant or Respondent in
  any aspect of the student conduct process including, but not limited to: meetings, interviews, or hearings.
  The availability of an Advisor to attend a student conduct process meeting, interview, or hearing shall not
  unreasonably interfere with or delay the proceedings.

- **Appellate Body** – a University employee or group who has the authority to review appeal requests in
  accordance with the prescribed University procedures as detailed in the Handbook. Typically the
  appellate body is made up of both students and university staff members.

- **Associate Dean** – refers to the Associate Dean of Students. The Associate Dean serves as the chief
  student conduct administrator.

- **Complainant** – individual, group, or organization who was subject to alleged misconduct as described in
  any University policy. There may be more than one complainant for an incident.

- **Conduct Administrator** – the Associate Dean, or their designee, authorized to address a student, student
  group, or student organization's concerns and/or behavior, investigate, conduct a hearing, and assign
  sanctions to Respondents if found in violation of the Handbook.

- **The Family Educational Rights and Privacy Act (FERPA)** – a federal law that, among other things, defines
  student educational records and regulates who may access those records and under what
  circumstances. The purpose of FERPA is to protect the privacy of student education records. FERPA
  applies to individuals and not to student groups or student organizations so long as an individual's
  personally identifiable information is not included in such student group or student organization records.

- **Handbook** – refers to the Student Code of Conduct Handbook.

- **Hearing** – refers to either an Administrative Hearing and/or a Student Conduct Hearing Board Hearing.

- **Hearing Board Advisor** – a staff member from Student Conduct & Community Standards designated to advise members of the Student Conduct Hearing Board during a hearing to ensure that policies and procedures are appropriately followed and that the hearing is prompt, fair, and impartial.

- **Instructor** - any member of the University community who has responsibility for classroom or other instructional activities, mentoring, or academic evaluation of a student. This includes, but is not limited to, faculty members, instructors, lecturers, researchers, teaching assistants, research assistants, graduate assistants, lab assistants, course directors, and undergraduate teaching assistants.

- **Member of the University Community** – any student, faculty, staff member, or other person employed by the University or its affiliates or an individual who is participating in a University-sponsored program or activity.

- **Respondent** – any student, student group, or student organization who has been reported for allegedly violating University policy. There may be more than one respondent for an incident. In incidents involving student groups or organizations, the president, director, team captain, or other member of student leadership will participate in the student conduct process on behalf of the group or organization. Student groups and organizations may not be represented by non-students, alumni, inactive members, or coaches in the student conduct process; however, such individuals may be selected by a student group or organization to serve in the role of Advisor in the student conduct process.

- **Reporter** – any individual or group who reports alleged policy violations, and who is not otherwise defined by this policy as a Complainant, Witness, or Respondent.

- **Staff Member** – any individual who is employed as an unclassified or university support staff member, student employee, or who is employed by a University-affiliate.

- **Student** – any individual who has been notified of admission to the University; is enrolled in, auditing, or participating in any University course or program; or has a continuing relationship with the University. An individual is considered a student until they notify the University they are no longer a student or the University informs them that they are no longer a student. An individual who has been suspended is still considered a student during the suspension period. Students who leave the University before a conduct complaint is resolved may be prohibited from future enrollment and/or accessing University records until the matter is resolved.

- **Student Code of Conduct** – refers to section 8.05/Student Code of Conduct in the WSU Policy and Procedures Manual.

- **Student Code of Conduct Handbook** – refers to the all policies and procedures related to section 8.05/Student Code of Conduct.

- **Student Group** – any number of persons who are associated with the University and each other, but who have not registered, or are not required to register, as a student organization that conducts business or participates in University-related activities. Student groups include, but are not limited to, Student Government Association, Student Activities Council, musical or theatrical ensembles, sport clubs, the University newspaper, or intercollegiate or independent varsity athletic teams.

- **Student Organization** – any student-led organization that has been approved and is recognized by the Student Government Association.

- **University** – Wichita State University (WSU) and its affiliates.

- **University Business Day** – refers to any day the University is open for official business (usually Monday through Friday, not including University breaks or holidays).

- **University Official** – any individual employed by the University, acting within the scope of their employment including, but not limited to, faculty, staff, Resident Assistants, Peer Academic Leaders, Intramural Officials, law enforcement officers, or facility managers.

- **University Policy** – any written guidelines of the University or the Kansas Board of Regents as found in, but not limited to, the Kansas Board of Regents Policy Manual, WSU Policies and Procedures Manual, Housing and Residence Life Handbook, ICAA Manual, Graduate/Undergraduate Catalogs, Student Organization & Advisor Handbook, Library Facilities Policy, Traffic Regulations, and/or Intramural Sports Handbook.

- **University Premises** – any land, building, facilities, vehicles, and other property in the possession of, owned, used, leased, or otherwise controlled by the University and/or its affiliates.

- **Visitor** – refers to any person with an affiliation to Wichita State University who does not meet the definition of a student or employee and is involved in an incident.

- **Witness** – individual who is requested to participate in an investigation or a hearing because that individual may have information about the alleged misconduct. Witness names may be provided by the Complainant, Respondent, or others with knowledge of the matter.

# v. Complainant and Respondent Expectations

The following outlines what complainants and respondents should expect as they engage in the student conduct process.

A. All students, student groups, and student organizations will be entitled to the same rights in all investigations and resolution processes relating to reports of alleged violations of the Student Code of Conduct.

B. All students, student groups, and student organizations will be presumed not to have violated the Student Code of Conduct unless it is proven that it is more likely than not that a violation has occurred.

C. All students, student groups, and student organizations will be advised of their rights, in writing, during their first meeting with the Associate Dean, or designee.

D. All students, student groups, and student organizations have the right to:

  1. Be notified of the alleged violation(s) of University policy;

  2. Be provided advanced notice of all meetings in which they are requested or entitled to participate and be notified of the purpose of those meetings;

  3. Be accompanied by an Advisor of the student's, student group's, or student organization's choice throughout the investigation and resolution process;

4. Request reasonable accommodations from the Office of Disability Services (/services/disability-services/) or the Office of Human Resources (/services/humanresources/Benefits/ADAAA/index.php) (for employees) in order to ensure full and equitable participation in the investigation and resolution process;

5. Be informed of the available resolution options;

6. Be informed of campus and community resources available for support and assistance;

7. Submit information, including the names of witnesses, for consideration in the investigation;

8. Be informed of all parties contacted to participate in the investigation and their relation to the alleged misconduct;

9. Review, after any required redaction, all information to be considered in determining the outcome of the case upon request by scheduling an appointment with the Associate Dean or designee;

10. May provide a statement or respond to questions during the investigation and resolution process;

11. Submit a written impact statement to be considered before an outcome is reached;

12. Request that the Associate Vice President for Student Affairs and Dean of Students consider removing the individual responsible for investigating or resolving an alleged violation from a case on the basis of actual or perceived bias; and

13. Request one appeal within the University's process.

E. Any student, student group, or student organization may elect to waive any of the aforementioned expectations so long as the waiver is communicated in writing.

# VI. Prohibited Conduct

As members of the University community all students, student groups, and student organizations are expected to display respect for the rights of themselves and others and to be accountable for their behavior choices.

It is a violation of the Student Code of Conduct for any student, student group, or student organization to engage in behavior that aids, attempts, assists, promotes, condones, encourages, requires, conceals, or facilitates any act prohibited by this Handbook. Allowing, permitting, or providing an opportunity for a visitor to violate University policy is also prohibited. Lack of familiarity with University policy, intoxication or impairment from alcohol, drugs, or other substances, or an individual's disability is not an excuse or a defense to a violation of the Student Code of Conduct. Unless specifically noted in the policy definition, intent is not a required element to establish a policy violation. The Office of Student Conduct & Community Standards will take the legitimacy of an individual's explanation into consideration in the determination of appropriate sanctioning.

Prohibited conduct that is committed involving a protected class (i.e. race, religion, age, sex, disability status, etc.) which includes, but is not limited to, forms of harm and endangerment, physical violence, or harassment will, depending on the circumstance, be investigated and resolved under 3.47/Discrimination Review Procedures for

9. *Unauthorized Possession, Use, and/or Misuse of Drugs and/or Other Substances* – unauthorized possession, use, and/or misuse of drugs and/or other substances which may alter a student's mental state or impair a student's behavior including, but not limited to, marijuana and marijuana byproducts, cocaine, heroin, lysergic acid (LSD), MDMA, steroids, amphetamines, prescription medication, and/or over the counter medication.

10. *Unauthorized Possession and/or Use of Drug Paraphernalia* – engaging in the possession and/or use of drug paraphernalia (i.e. any equipment, product, or material that is for making, using, or concealing drugs and/or other substances) including, but not limited to, pipe(s), bong (s), grinder(s), rolling paper(s), or a scale.

11. *Unauthorized Manufacture, Sale, and/or Distribution of Drugs and/or Other Substances* – engaging in the unauthorized manufacture, sale, and/or distribution of drugs and/or other substances which may alter a student's mental state or impair a student's behavior including, but not limited to, marijuana, cocaine, heroin, lysergic acid (LSD), MDMA, steroids, amphetamines, prescription medication, and/or over the counter medication.

12. *Driving While Impaired* – control or operation of a vehicle (e.g. automobile, motorcycle, bicycle, skateboard, scooter, Segway, hover board, tractor, etc.) while impaired by alcohol, drugs, or another substance.

13. *Public Intoxication* – being impaired by alcohol or another substance to the point where one's behavior adversely affects, or could affect, the regular operations of members of the University community.

## c. Damage and/or Destruction of Property

Engaging in the intentional, reckless, and/or unauthorized defacement, damage, or destruction of University property or the property of another.

## D. Disruptive Behavior

1. *Failure to Comply* – failure to comply with the reasonable directive or request (including appearing for meetings or student conduct hearings) of a University official, law enforcement officer, emergency responder, or any protective order including, but not limited to, Protection from Abuse or Stalking Orders, No Contact Orders, No Trespass Notices, building or campus ban/restriction, or removal from campus housing facilities.

2. *Interference with a University Process or Procedure* – behavior that disrupts, disturbs, impairs, interferes with, or obstructs the orderly conduct, processes, and functions of the University or the rights of other members of the University community.

3. *Academic Environment Disruption* – behavior that disrupts, disturbs, impairs, or interferes with the orderly conduct, processes, and functions within a classroom, laboratory, or other academic environment. This includes interfering with the academic mission of the University, interfering with other students' ability to benefit from the educational program, or interfering with a faculty member's ability to carry out the normal educational functions of any academic environment.

Students, Employees and Visitors (/about/policy/ch_03/ch3_47.php) or 8.16/Sexual Misconduct, Relationship Violence, and Stalking Policy for Students (/about/policy/ch_08/ch8_16.php) . There may be additional allegations of misconduct claimed at the same time that will be resolved by the Student Conduct process outlined in the Handbook.

Violations of the Student Code of Conduct may also result in further review and/or investigation under other policies at Wichita State University. Some examples of these policies include, but are not limited to, 3.06/Sexual Misconduct, Sexual Harassment, Relationship Violence and Stalking Policy for Employees and Visitors (/about/policy/ch_03/ch3_06.php) , 3.19/Prohibition of Retaliation, 3.47/Discrimination Review Procedures for Students, Employees and Visitors (/about/policy/ch_03/ch3_47.php) , and 8.16/Sexual Misconduct, Relationship Violence, and Stalking Policy for Students.

The following list describes actions that detract from the effectiveness of the University community and are prohibited, but does not include constitutionally protected activity:

## A. Academic Integrity

Engaging in prohibited conduct as described by Section 2.17/Student Academic Honesty (/about/policy/ch_02/ch2_17.php) .

## B. Alcohol, Drugs, & Other Substances

1. *Underage Possession and/or Consumption of Alcohol* – underage possession and/or consumption of alcohol.

2. *Unauthorized Possession and/or Consumption of Alcohol* – possession and/or consumption of alcohol except as expressly permitted by law and University policy.

3. *Unauthorized and/or Unlawful Distribution, Sale, and/or Service of Alcohol* – engaging in the distribution, sale, and/or service of alcohol, regardless of age, except as expressly permitted by law and University policy.

4. *Possession of Common Source Container(s)* – possessing common source alcoholic beverage container(s) including, but not limited to, kegs, mini-kegs, coolers, beer balls, trashcans, and tubs.

5. *Social Host* – permitting any individual or group to consume alcohol in a space owned, occupied, or controlled by the host, except as expressly permitted by law and University policy.

6. *Excessive and/or Rapid Consumption* – engaging in any behavior which encourages, facilitates, or constitutes excessive and/or rapid alcohol consumption including, but not limited to, keg stands, alcohol luges, beer bongs, beer/water pong, and other drinking games.

7. *Manufacturing and/or Producing Alcohol* – engaging in the manufacture or production of any alcoholic beverage including, but not limited to, cereal malt beverage (beer), wine, moonshine, and liquor except as expressly permitted by law and University policy.

8. *Open Container* – possession of an open alcohol container in or on a vehicle (e.g. automobile, motorcycle, bicycle, skateboard, scooter, Segway, hover board, tractor, etc.), in open spaces, or public except as expressly permitted by law and University policy.

3. *Harassment* – engaging in behavior that is severe, pervasive, or persistent to a degree that it interferes with a reasonable person's ability to work, learn, live, participate in, or benefit from the services, activities, or privileges provided by the University. Harassment may occur via written, electronic, verbal, or any other form of communication; or through physical presence; and includes, but is not limited to, bullying, cyberbullying, intimidation, or coercion.

4. *Endangerment* – engaging in behavior that endangers the health, safety, or well-being of any individual, student group, or student organization by posing a risk of physical or emotional harm and/or creating hazardous conditions.

5. *Harm or Endangerment of Animals* – engaging in behavior that threatens or endangers the health or safety of any animal except as permitted by law or University policy.

## G. Hazing

Any act or action which has the potential to endanger the mental or physical health or safety of any individual as it relates to an individual's initiation, admission into, or affiliation with any student group or organization. It is not necessary that a person's initiation or continued membership is contingent upon participation in the activity, or that the activity was sanctioned or approved by the student group or organization, for a charge of hazing to be upheld. It shall not constitute an excuse or defense to the charge of hazing that the participants took part voluntarily, gave consent to the conduct, voluntarily assumed the risks or hardship of the activity, or that no injury was suffered or sustained. The actions of alumni, active, new, and/or prospective members of a student group or organization may be considered hazing. Hazing is not confined to the student group or organization with which the individual subjected to the hazing is associated. Allegations of hazing are considered under the reasonable person standard. Hazing includes:

1. acts that endanger the physical health or safety of an individual including, but not limited to, whipping; beating; paddling; caning; forced calisthenics; forced consumption of alcohol, drugs, food, or any other substances; exposure to the elements; sleep deprivation; kidnapping; abandonment; forced or coerced poor hygiene; or mutilation or alteration of parts of the body;

2. acts that endanger the mental health or safety of an individual including, but not limited to, personal servitude; forced or coerced exclusion from social contact; forced or coerced wearing of apparel which is conspicuous, out of character, and/or inappropriate; line-ups and berating; morally degrading behavior; or conduct that demeans, disgraces, degrades, humiliates, or embarrasses an individual;

3. acts that interfere with an individual's academic attendance or performance or other obligations including, but not limited to, religious or employment responsibilities; and/or

4. acts that explicitly or implicitly encourage or require participation in activities that would constitute a violation of law or University policy.

## H. Keys/Unauthorized Entry

1. *Unauthorized Entry* – engaging in the misuse of access privileges or unauthorized access or entry to any property, building, vehicle, structure, or facility.

4. *University Event Disruption* – behavior that disrupts, disturbs, impairs, or interferes with the orderly conduct and processes involved in a University event. University events include, but are not limited to, meetings, concerts, speakers, film screenings, theatre or musical performances, Convocation, and Commencement.

5. *Disruptive Behavior*– behavior that the person knows or should have known will disturb, alarm, anger, or provoke others or constitutes a breach of the peace, including, but not limited to, unauthorized or unlawful assembly, or engaging in public fighting.

## E. Fire and General Safety

1. *Breaking the Plane* – throwing, dropping, or releasing any object or substance out or off of a University building or vehicle without express authorization by a University official. This includes, but is not limited to, balconies, railings, roofs, or windows.

2. *Failure to Follow Emergency Procedures* – failure to follow emergency procedures during an actual emergency or drill including, but not limited to, evacuating during a fire emergency or drill, failure to move to the designated shelter during a tornado emergency or drill, or failure to notify the University of a fire explosion, chemical spill, or other safety hazard.

3. *Falsely Reporting an Emergency* – making a false report regarding an emergency including, but not limited to, a bomb threat, a fire, or other emergency.

4. *Fire, Explosion, or Other Safety Hazard* – intentionally or recklessly causing a fire, explosion, blocking emergency exits, or other safety hazards.

5. *Fireworks, Hazardous Chemicals, or Explosives* – unauthorized possession of or use of fireworks, hazardous chemicals, or explosives.

6. *Misuse of Emergency Equipment* – tampering with, damaging, disabling, interfering with, or misusing emergency equipment including, but not limited to, fire alarms, fire doors, fire extinguishers, fire sprinklers, fire hoses, the Shocker Alert system, or an emergency call box.

## F. Harm and Endangerment

1. *Physical Violence* – engaging in behavior that intentionally or recklessly causes physical harm including, but not limited to, scratching, biting, pulling, throwing objects, pushing, shoving, punching, slapping, spitting, pinching, kicking, or holding another against their will.

2. *Threats* – engaging in behavior, written or verbal, that causes a reasonable expectation of injury to the health, safety, or well-being of any individual, student group, or student organization; or damage to property. This behavior includes implied threats or acts that cause another individual a reasonable fear of harm. Threats may occur via written, electronic, verbal, or any other form of communication.

## L. Retaliation

Engaging in, or causing another to engage in, an adverse action or threat of an adverse action against any individual or group involved in the complaint, investigation, and/or resolution of an allegation of a violation of University policy; including any individual who attempts to intervene or prevent behavior prohibited by this policy. Retaliation can be committed by an individual or group of individuals, not just a Complainant or Respondent. Retaliation can take many forms including threats, intimidation, pressuring, continued harassment, violence, or other forms of harm to others.

## M. Sexual Misconduct

Engaging in sexual misconduct as described by Section 8.16/Sexual Misconduct, Relationship Violence, and Stalking Policy for Students (/about/policy/ch_08/ch8_16.php) . Any alleged violation of this policy will be directed to the Office of Institutional Equity and Compliance.

## N. Solicitation

Engaging in unauthorized canvassing or solicitation including, but not limited to, sending advertisements or recruitment materials via Blackboard, listservs, or other forms of communication not intended for canvassing or solicitation; placing flyers under and/or on doors in University facilities or on vehicles.

## O. Stalking

Engaging in stalking as described by Section 8.16/Sexual Misconduct, Relationship Violence, and Stalking Policy for Students (/about/policy/ch_08/ch8_16.php) . Any alleged violation of this policy will be directed to the Office of Institutional Equity and Compliance.

## P. Theft

Engaging in the taking, misappropriation, or possession of University property or the property of another including anything of value, goods, services, funds, and/or other valuables or possession of property that can be reasonably determined to have been stolen.

## Q. Tobacco Use and Smoking

Engaging in the use of any tobacco product or device including, but not limited to, cigarettes, cigars, e-cigarettes, vaping, hookah, or chewing tobacco within University property or vehicles as defined by Section 11.11/Tobacco Free Campus (/about/policy/ch_11/ch11_11.php) .

## R. Unauthorized and/or Unlawful Gambling

Conducting, organizing, or participating in any gambling activity except as expressly permitted by law and University policy.

2. *Unauthorized Keys* – engaging in the unauthorized possession, duplication, or use of keys or access cards or codes for any property, building, vehicle, structure, or facility.

## I. Misrepresentation

1. *False or Misleading Information* – providing false or misleading information to a University official or law enforcement officer, or purposefully omitting facts which are material to the purpose for which the information is provided.

2. *Falsification* – forging, altering, or misusing any University document, record, account, computer account, or instrument of identification.

3. *Misrepresenting Self, the University, or Another* – acting as an agent of the University or other individuals without authorization.

4. *Fraudulent Identification* – manufacturing, distributing, delivering, selling, providing, purchasing, using, or possessing any form of fraudulent identification.

## J. Misuse of Computers and/or Communication Technology

1. *Misuse of Computers or other Technology* – engaging in unauthorized access, use, modification, destruction, disclosure, or taking of data, programs, or supporting documentation maintained by a Wichita State University or WSU-affiliate computer, computer system, account, computer network, phone, tablet, or causing an authorized user to be denied system, computer, account, or network access.

2. *Misuse of Communication Technology* – using communication technology to interrupt the normal operations of any individual, group, organization, or the University, including, but not limited to persistent contact with a University employee or other entity via communication technology.

3. *Unacceptable Use* – violation of Section 19.01/Acceptable Use (/about/policy/ch_19/ch19_01.php) and/or Section 19.05/University Information Technology Resources and Email (/about/policy/ch_19/ch19_05.php) or any other policy referenced therein.

4. *Violation of Copyright Law* – engaging in unauthorized use or possession of copyrighted material including, but not limited to; downloading, distributing, or facilitating others to be able to access copyrighted music, films, software, or other materials; unauthorized use of copyrighted graphics, logos, or names; or any other violation of Copyright Law.

## K. Relationship Violence

Engaging in relationship violence as described by Section 8.16/Sexual Misconduct, Relationship Violence, and Stalking Policy for Students (/about/policy/ch_08/ch8_16.php) . Any alleged violation of this policy will be directed to the Office of Institutional Equity and Compliance.

C. Student groups or student organizations who seek emergency medical attention for their members or guests related to the consumption of alcohol, drugs, or other substances will not face disciplinary actions for incidents involving alcohol, drugs, or other substances provided that the group or organization followed the event and risk management procedures outlined in the *Student Organization & Advisor Handbook,* and provided the group or organization completes any educational program or activity assigned by the Associate Dean or designee; however, this protocol does not provide protection for disciplinary action for other potential policy violations (e.g. damage and/or destruction of property, failure to comply, hazing, physical violence, sexual misconduct, etc.).

D. This protection applies only to those students, student groups, and student organization who seek emergency medical assistance in connection with an alcohol, drug, or other substance-related medical emergency and does not apply to individuals experiencing an alcohol, drug, or other substance-related medical emergency who are found by University officials.

E. The Responsible Action Protocol is not intended to shield or protect students, student groups, or student organizations that repeatedly violate University policy. In cases, where repeated policy violations occur, the University reserves the right to take disciplinary action on a case-by-case basis regardless of how the incident was reported. Additionally, the University reserves the right to initiate the student conduct process in cases in which the violation(s) are egregious.

F. This protocol only provides amnesty from violations of WSU policy. It does not grant amnesty for criminal, civil, or other legal consequences for violations of federal, state, or local laws or ordinances.

G. The Associate Dean or designee will make a determination regarding eligibility for amnesty under the Responsible Action Protocol during the initial review or investigation.

## VIII. Responsibilities of Students, Student Groups, and Student Organizations

All students, student groups, student organizations, and witnesses who are members of the University community have the following responsibilities relating to all investigations and resolution processes related to reports of alleged violations of the Student Code of Conduct:

### A. Honesty

All participants are expected to be honest and forthright in all communication relating to the investigation and resolution of allegations of misconduct. Providing false or misleading information is a violation of University policy and may result in additional allegations of misconduct under the Handbook or other applicable University policy.

### B. Communication & Responsiveness

The University uses @shockers.wichita.edu e-mail addresses as its formal means of communication with students and @wichita.edu for employees. Communication regarding an investigation and/or resolution process is deemed given when sent to an official @shockers.wichita.edu e-mail address. Students and employees are responsible for checking their University e-mail and responding to all requests for

### S. Unpiloted Aerial Systems

Engaging in the unauthorized use of any unpiloted aerial system on University premises or at University-related activities except as expressly permitted by law and University policy. Authorization for use of an unpiloted aerial system must be obtained from the University Police Department.

### T. Violation of Law or University Policy

1. *Violation of Law* – behavior that would constitute a violation of any federal, state, and/or local law; city or county ordinance; or when in another state or country, the laws of that state or country.

2. *Violation of University Policy* – behavior that would constitute a violation of any Wichita State University policy, rule, or regulation including, but not limited to, those found in the *Housing and Residence Life Handbook, Graduate/Undergraduate Catalogs, Student Organization & Advisor Handbook, WSU Policies and Procedures Manual, ICAA Manual, Library Facilities Policy, Board of Regents policies, Traffic Regulations,* and/or *Intramural Sports Handbook*.

### U. Weapons

Engaging in the possession, use, sale, distribution, or display of any firearm, replica firearm, ammunition, weapon, replica weapon, or similar device unless expressly permitted by law and/or University policy. This includes the use of any object or material to cause or threaten physical harm. For a listing of prohibited weapons refer to Section 11.19/Prohibiting Weapons on University Property (/about/policy/ch_11/ch11_19.php) .

## VII. Responsible Action Protocol

The health and safety of members of the University community and their visitors is one of Wichita State University's top priorities. The University recognizes a student's concern for potential disciplinary action related to use or possession of alcohol, drugs, and/or other substances may hinder their actions in response to a medical emergency. In order to alleviate those concerns and ensure that students and their visitors receive prompt medical attention, the University has adopted a Responsible Action Protocol.

A. Students are urged to contact emergency officials by calling the University Police Department at (316) 978-3450 or 911 to report the incident, to remain with the individual(s) needing emergency treatment and cooperate with emergency officials, so long as it is safe to do so, and to meet with appropriate University officials after the incident and cooperate with any University investigation.

B. Students who seek emergency medical attention for themselves or others related to the consumption of alcohol, drugs, or other substances will not face disciplinary action for their personal use provided that the student completes any educational program or activity assigned by the Associate Dean or designee; however, this protocol does not provide protection for disciplinary action for other potential policy violations (e.g. damage and/or destruction of property, failure to comply, physical violence, sexual misconduct, etc.).

the rules governing Organizational activities/events.

2. Location

   a. The violation(s) occurred at a venue regularly associated with the Organization(s);

   b. The violation(s) occurred at a venue under the exclusive control of the Organization(s).

   c. The violation(s) occurred at a venue under the control of Wichita State University or any of its affiliated entities.

3. Membership Status

   a. If the individual(s) who committed the violation(s) would not have been involved if not for their affiliation with the Organization;

   b. If members of the Organization intentionally acted as a group to commit the violation(s).

4. Knowledge of Organizational Leadership

   a. If an Organization's leadership had knowledge of the potential for violation(s) to occur and failed to take significant and/or reasonable precautions to prevent the violation(s);

   b. If the violation(s) occurred at an activity that the Organization's leadership should have known that a violation could occur and failed to take corrective action;

5. Pattern of Behavior

   a. If a pattern of individual violations, in relation to any Organization capacity, by Organization member(s) exists, without proper and appropriate organizational control, remedy, or sanction.

6. Perception of a Reasonable Observer

   a. If the violation(s) occurred at or in connection with an activity that reasonable people would associate and/or attribute to the Organization;

7. Planning

   a. If the violation(s) occurred at an Organization or alumni-sponsored, financed or endorsed activity;

   b. If the violation(s) occurred at any activity utilizing the Organization's name or logo;

   c. If the Organization was involved in the planning, coordination or preparation of the activity where the violation(s) occurred;

   d. If the activity where the violation(s) occurred was advertised or publicized via posters or various forms of social media, by texts, tweets or emails sent out using standard Organization contact lists, or through other electronic means (examples: GroupMe, WhatsApp, etc.);

information or other responses within a timely manner. Failure to respond or appear by a given deadline may result in the process proceeding in an individual's absence. Decisions will be made on the information that is available at the time the decision is made.

### C. Preparation

All Complainants, Respondents, and Witnesses are responsible for adequately preparing themselves for investigation and resolution meetings, including reviewing applicable University policies and procedures. Students, student groups, and student organizations are also responsible for ensuring that their advisor is familiar with the appropriate policies and procedures. Failure to adequately prepare for a scheduled meeting will not be reason for delaying the meeting or other proceedings.

### D. Adhere to Process

Individuals, student groups, and student organizations are to refrain from disrupting the orderly process of the investigation and resolution process for alleged violations of University policy. No individual, student group, or student organization involved in the process other than the investigator, Conduct Administrator, or hearing board chairperson may audio or video record any investigation or resolution meetings or other portions of the process. Any individual, student group, or student organization deemed to be disruptive may be removed from a meeting and/or charged with violating the Student Code of Conduct.

### E. Organization Responsibility Guidelines

Student Organizations are expected to comply with all University policies, including the Student Code of Conduct and all additional policies pertaining to Student Organizations. Student Organizations should act in a manner that promotes and upholds the standards of Wichita State University. Isolated violations of individuals are generally not chargeable to the Organization. When evidence of group conduct exists, however, Organizations may be held responsible for the actions and behaviors of their members and/or guests.

On a case-by-case basis, Student Conduct and Community Standards staff, in consultation with Student Involvement staff, will determine whether any violations of policy are individual or organizational in nature. In determining whether a violation is organizational in nature, all circumstances of a situation will be examined. SCCS staff will take into account the following non-exhaustive list of factors, including, but not limited to the following.

**Should there be evidence of at least three (3) factors present in a violation, the associated Organization (s) may be held responsible for the violations in question.**

1. Attendance

    a. The violation(s) was/were committed by a significant number of Organization members, prospective members, alumni, and/or guests;

    b. The violation(s) occurred at an activity or gathering conducted in furtherance of the mission or purpose of the Organization;

    c. The violation(s) occurred at an activity or gathering that was designed to circumvent

in bad faith. The University encourages all individuals who have experienced or witnessed behavior they believe violates the Student Code of Conduct to report the matter so that it may be addressed by the University.

# X. Conduct Procedures

## A. Preliminary Investigation

A preliminary investigation of the information provided may be necessary in order to determine if there is credible information that warrants notifying a student, student group, or student organization of alleged policy violation(s). The preliminary investigation is a neutral fact-finding process that is used to determine whether there is sufficient information to warrant action by the University. Preliminary meetings with the Complainant and/or Witnesses may occur prior to initiating the student conduct process or contacting the Respondent. If the Respondent is contacted about the case during the preliminary investigation, the Respondent will be made aware of the initiation of a preliminary investigation and that the incident could result in a student conduct process being initiated.

The preliminary investigation may result in any of the following:

1. **No Action** – If there does not appear to be credible information to indicate a violation occurred, the case will not be pursued through the formal student conduct process. The information may still be retained by the University to document that the situation was reviewed.

2. **Educational Conversation** – If the situation is concerning but doesn't appear to be a violation (e.g. an incident which occurs outside of the University's jurisdiction, or repeated low-level behaviors), there may still be an institutional response without formal conduct charges.

3. **Conflict Resolution** – If the situation involves an identifiable harmed party or community impact, the situation may be addressed through conflict resolution. The conflict resolution process allows individuals involved in a conflict to have significant influence over the resolution process and possible outcomes. All involved parties must willingly agree to participate. Any incident that involves sexual misconduct, relationship violence, stalking, physical violence, or any violation of the academic misconduct policy will not have the option to resolve the concern through the conflict resolution process.

4. **Initiation of Conduct Process** – If it appears that a student/student group/student organization may have violated the Student Code of Conduct, and the incident(s) occurred within the University's jurisdiction, the conduct process will be initiated if another resolution option has not been made available by the Associate Dean or designee.

## B. Written Notice

Once the initiation of the conduct process has occurred, the student, the responsible party for the student group, or the president on record with the University for the student organization will be provided with a written notice a minimum of three (3) University business days prior to the scheduled meeting, unless exceptional circumstances exist. The notice will include the following:

1. The alleged policy violation(s);

Additionally, in the event that conduct violation(s) have been deemed to fall under potential organizational responsibility, SCCS staff will consult with the Vice President for Student Affairs and the Associate Vice President for Student Affairs and Dean of Students regarding the possibility of interim measures, up to and including temporary suspension, for that Organization. Any decision regarding interim measures that includes temporary suspension of an Organization must come from the Vice President for Student Affairs or their designee.

Once organizational responsibility has been determined by SCCS staff, a summary of rationale will be submitted by the SCCS staff investigators and included in the informational packet provided to the Hearing Board and Responding Organization. The Hearing Board may consider testimony and evidence from the Organization to dispute a finding of organizational responsibility.

If the Hearing Board affirms the finding of organizational responsibility, a disagreement of that finding is not grounds for an appeal by itself.

## IX. Reporting

The University encourages students, employees, and community members to resolve conflicts informally and at the lowest level.

### A. Reporting an Incident

Any individual may report alleged student, student group, or student organization misconduct to Student Conduct & Community Standards. An online reporting form can be found at https://www.wichita.edu/studentconduct (/studentconduct) . The report should describe the alleged misconduct and identify the student(s), student group(s), and/or student organization(s) involved. Submitted allegations of misconduct will be reviewed by the Associate Dean or their designee. If there appears to be reliable information indicating that a violation may have occurred, the student conduct process will be initiated. The University also reserves the right to initiate the conduct process without a formal complaint, including any anonymous reports. Reports may also be addressed through other non-conduct procedures.

### B. Timeliness of Reports

In all cases, a decision will be made on existing facts to determine if an investigation is necessary for compliance with legal requirements and/or to protect the living, learning, and/or working environment for all members of the campus community. Individuals are encouraged to report alleged misconduct as soon as possible after the incident occurs to maximize the University's ability to respond promptly and effectively; however, the University does not limit the time for reporting. Prompt reporting allows for the University to obtain the most reliable information, be able to contact relevant witnesses, and provide reasonable assistance and interim measures for affected parties.

### C. Assumption of Good Faith Reporting

The University presumes reports of alleged policy violations are made in good faith. An outcome that finds the reported behavior does not constitute a violation of University policy, or that there is insufficient information to conclude that the incident occurred as reported, does not mean that the report was made

2. A link to the Handbook for more information;

3. The date and time of a scheduled Informational Meeting;

4. An explanation of the ability to have an advisor of choice present throughout the student conduct process; and

5. The contact information for the Student Conduct Administrator responsible for resolving the case.

6. A checklist of the students' expectations

Notice is considered given to a student if it is sent to the student's official @shockers.wichita.edu e-mail address or is mailed to the local address on file with the Office of the Registrar or to the permanent address on file. For student groups and organizations, notice is considered given if it is sent by any of the aforementioned means to the student who is the last known president of the student group or organization, as provided by Student Involvement office records or the responsible party for the student group/organization, such as an advisor.

## c. Informational Meeting

All Respondents are afforded the opportunity to attend a scheduled informational meeting with the Conduct Administrator responsible for resolving the case. An informational meeting is an informal meeting with a Conduct Administrator who will explain the Respondent's rights and the alleged violation (s), discuss resolution options, review the Respondent's responsibilities, and provide an opportunity to review, after any required redaction, the information that was provided as the basis for the alleged policy violation(s). The representative will also answer questions about the process and available options. The informational meeting provides an opportunity for the Respondent to become more informed about the conduct process. The Conduct Administrator may provide a range of possible outcomes for the alleged violation, but that individual cannot ensure that a specific outcome will occur.

During the informational meeting, the Respondent will be given the opportunity to select one of the available resolution processes (Informal Resolution or Formal Resolution) for the case. In certain circumstances, the Associate Dean or designee may exercise the authority to select the resolution process. In the absence of a resolution option selection from the Respondent, the Associate Dean or designee shall determine the appropriate resolution process for the case. Failure to attend an informational meeting shall not delay the student conduct proceedings or impact the validity of such proceedings.

## d. Informal Resolution

If the assigned Conduct Administrator believes the outcome for the alleged violation would likely not rise above Disciplinary Probation or result in removal from a residential facility, the Respondent may elect to have the case resolved by Informal Resolution. An Informal Resolution takes place between the Respondent and a Conduct Administrator and does not allow for the presentation of witnesses or additional information to be submitted by the Respondent prior to the meeting, although the administrator may follow up with other parties as necessary before making a decision. Informal Resolutions are not audio recorded.

An Informal Resolution may occur directly following an Informational Meeting, or may be scheduled for a later date. Every effort will be made to schedule an Informal Resolution within ten (10) University business days of the Informational Meeting. The Conduct Administrator will determine appropriate outcomes if a respondent is found in violation of a University policy.

### E. Formal Resolution

If the Respondent does not wish to proceed with an Informal Resolution, and/or the outcome of an alleged violation would rise above Disciplinary Probation, or result in removal from a residential facility, the Respondent may elect to pursue an Administrator Hearing or a Student Conduct Board Hearing.

Conduct Hearings involve the presentation of information by witnesses (as necessary), and provide an opportunity for the Respondent to present witnesses and information for review as part of the decision. A list of witnesses, their relevance to the alleged violation(s), and their contact information must be submitted, in writing, to the Conduct Administrator within five (5) University business days after the Informational Meeting.

Student groups and student organizations may submit a resolution proposal for consideration by the Student Conduct Hearing Board within five (5) University business days after the Informational Meeting. The resolution proposal is the student group or organization's opportunity to participate collaboratively in the resolution process and demonstrate thoughtful reflection of how to prevent further violations from occurring in the future. This document should outline all steps to be taken to remedy the alleged policy violations and timelines for completion. The resolution proposal may be adopted or adapted—in whole or in part—or denied by the Student Conduct Hearing Board assigned to resolve the case.

### 1. Administrator Hearing

An Administrator Hearing is conducted by an individual Conduct Administrator as determined by the Associate Dean. The Conduct Administrator is responsible for determining whether it is more likely than not that a violation occurred and determine appropriate outcomes(s).

An Administrative Hearing involves the presentation of information by the Respondent(s), Complainant(s) (if applicable), and any witness(es) (if applicable). The Respondent(s) will be allowed to ask relevant questions of the Complainant(s) and/or any witness(es) at the discretion of the Conduct Administrator. In incidents involving an identified harmed party, the Complainant(s) will also be allowed to ask relevant questions of the Respondent(s) and/or any witness(es) at the discretion of the Conduct Administrator.

### 2. Student Conduct Board Hearing

The Associate Dean, or designee, shall determine the composition of the Student Conduct Hearing Board. Members are appointed for a one-year term with the possibility of reappointment. University governance bodies may recommend individuals for membership to the Associate Dean. All members must complete appropriate and thorough training prior to hearing cases.

A Student Conduct Board Hearing is conducted by a panel of three (3) or five (5) individuals comprised of students, faculty, and/or staff. A minimum of one (1) panelist must be a student. The Board is responsible for determining whether it is more likely than not that a violation

occurred and determine appropriate outcomes(s). One (1) panelist will serve as the Board Chairperson, selected by the Associate Dean or their designee, and is responsible for communicating the determination of responsibility to the Associate Dean, who will notify the Respondent(s) and Complainant(s) of the decision. Decisions of the Student Conduct Board will be determined by a majority vote. A member of the Student Conduct & Community Standards staff or designee will serve as the Student Conduct Board Advisor and does not cast a vote.

## F. Hearing Format

Hearings will be conducted in private in accordance with state privacy laws and the Family Educational Rights and Privacy Act (FERPA).

The Complainant, Respondent, and their respective advisors are permitted to attend the entire hearing, except for deliberation.

In cases involving multiple Respondents, the Associate Dean or designee may determine that the hearings be conducted jointly. Any Respondent wanting to have their hearing conducted individually, may submit a written request a minimum of three (3) University business days prior to the scheduled hearing to the Associate Dean or designee who shall decide whether to grant the request.

The Complainant, the Respondent, and the University may arrange for witnesses to attend the hearing and present relevant information. Failure to call a witness, or failure of a witness to appear shall not automatically require a delay or affect the validity of the proceedings. A decision will be made on the information presented during the hearing.

Witnesses will provide information to, and answer questions from, the hearing body. Questions may be suggested by the Complainant or the Respondent to be answered by each other or by other Witnesses. This will be conducted by the hearing body with such questions directed to the Conduct Administrator or Conduct Board chairperson, rather than to the individual directly. This method is used to preserve the educational tone of the hearing and to avoid creation of an adversarial environment. The Conduct Administrator and/or the Hearing Board chairperson reserve the right to rephrase the question or to refrain from asking the question. Questions of whether potential information will be received shall be determined by the Conduct Administrator, or Hearing Board chairperson, with the assistance of the Student Conduct Board Advisor.

Relevant records, pictures, written statements, impact statements, and other information may be accepted for consideration for the hearing when submitted to Student Conduct & Community Standards within five (5) days following the Informational Meeting.

All procedural questions are subject to the final decision of the Conduct Administrator, Hearing Board chairperson with the assistance of the Student Conduct Board Advisor.

If the Respondent, with adequate notice, does not attend a hearing, the hearing shall proceed in the Respondent's absence.

SCCS may accommodate concerns for the personal safety, well-being and/or fears of confrontation of the Complainant, Respondent, Reporter, and/or Witnesses during the hearing by providing separate facilities, by using a visual screen, and/or by permitting participation by telephone, videophone, closed circuit television, video conferencing, video tape, audio tape, written statement, or other means, where the SCCS staff member deems this accommodation to be appropriate.

### G. Standard of Information

The Conduct Administrator or Student Conduct Board will make a finding using the preponderance of the evidence standard. This standard requires that it is more likely than not that a violation occurred. Under this standard, individuals are presumed not to have violated Section 8.05/Student Code of Conduct unless a preponderance of the evidence supports a finding that a violation occurred. Formal rules of evidence, procedure, and/or technical rules of evidence, such as those which may be applied in criminal or civil court are not used in University student conduct proceedings.

## H. Pending Legal Charges and Requests for Postponement

Student conduct proceedings may be initiated for a student, student group, or student organization for behavior that allegedly violates criminal and/or civil law in addition to University policy. The University is committed to appropriate coordination with WSUPD and local law enforcement agencies and may, if requested and appropriate, share information with those agencies. In the event that law enforcement requests the University to temporarily suspend the fact-finding aspects of an investigation while the law enforcement agency gathers evidence, the University plans to comply with that request and will promptly resume its investigation upon notification from the law enforcement agency that its evidence gathering process is complete.

The student conduct process may proceed prior to, simultaneously with, or following criminal or civil proceedings at the discretion of the Associate Dean.

Decisions made within a criminal or civil process do not bind the University to establish or not establish that a violation of University policy has occurred as there are different evidence rules, burdens of proof, purposes, and potential outcomes in each process. However, a criminal conviction based on the same facts, in local, state or federal courts, shall establish a per se student conduct policy violation.

If a Respondent is also charged with a criminal or civil violation involving the same incident, the student, student group, or student organization may request up to a 30-day postponement of the student conduct process. The student, student group, or student organization must make this request in writing within five (5) University business days following the date of the Informational Meeting and must provide a rationale for the request. The Associate Vice President for Student Affairs and Dean of Students may determine that it is appropriate to place the Respondent on Disciplinary Probation or request that the Vice President for Student Affairs or designee implement interim measures during the time period allotted for a postponement on a case-by-case basis. The Probation or interim measures will remain in effect until the hearing is completed, including any appeal requests. It will then be the responsibility of the student, student group, or student organization to notify SCCS at the conclusion of the 30-day period to reinstate the conduct process.

In cases where one or more University community member is directly impacted by the incident, such as a Complainant, they will be given the opportunity to object to a postponement. The Associate Vice President for Student Affairs and Dean of Students or designee has full authority to decide whether or not to grant the postponement. A Complainant may also request a 30-day postponement of the hearing if the Complainant has brought criminal or civil charges in a case arising out of the same incident. The Respondent may object to the postponement as described above. If the Complainant requests a

postponement, and it is granted against the wishes of the Respondent, the Respondent will not be placed on Disciplinary Probation or given interim measures that would restrict continuing to pursue their education during the period of postponement.

## XI. Process Outcomes

Students, student groups, and student organizations will be notified in writing via e-mail to their official University e-mail address whether they have been found in violation of University policy, and if so, their assigned sanctions. Sanctions may be issued individually, or a combination of sanctions may be issued. In the case of student groups and organizations, if a sanction issued by a national or other governing body exceeds that of the University, the University may concur with that sanction.

A. Students, student groups, and student organizations who are found not responsible for violating Section 8.05/Student Code of Conduct, will not receive any outcomes and charges will be dismissed.

B. Students, student groups, and student organizations who are found to have violated Section 8.05/Student Code of Conduct will receive outcomes appropriate to the current violation(s) and in consideration of any prior conduct history and/or mitigating or aggravating circumstances. For student groups and organizations, "prior conduct history" includes incidents occurring within the preceding seven (7) years. The number of outcomes issued may vary depending on the situation in question. In the case of student groups and organizations, if an outcome is issued by a national or other governing body exceeds that of the University, the University may concur with that decision.

### 1. Interim Measures

When the actions of a student or member(s) of a student group or organization present an ongoing threat to the health, safety, or well-being of others; disrupt the University community; or endanger University, public, or private property; the Vice President for Student Affairs or designee may implement interim measures that restrict access for the Respondent pending the outcome of an investigation and resolution process. These interim measures may include, but are not limited to:

a. Restricted communication with one or more individual(s), group(s), or organization(s);

b. Restricted access to participation in University programs or activities;

c. Restricted access to Housing & Resident Life facilities, including dining halls;

d. Restricted ability to participate in academic activities, including classes, internships, co-ops, etc.;

e. Restricted access to campus employment;

f. Administrative leave with pay for student employees; or

g. Any other restriction that can be tailored to the involved individuals to achieve the purpose of 8.05/Student Code of Conduct.

The Vice President for Student Affairs or designee will notify the Complainant and Respondent in writing of any interim measures. The measures will take place immediately upon notification. The Respondent will have three (3) University business days to e-mail a written request for a Show Cause Hearing to the Vice President for Student Affairs or designee. Upon receipt of a request, the Vice President or designee will conduct a Show Cause Hearing within three (3) University business days to determine if the interim measures should be lifted, modified, or kept in place. This is a final decision regarding interim measures unless there are exceptional circumstances that come to light during the investigation.

In circumstances in which the Respondent requests, in writing, that the Vice President of Student Affairs remove themselves from the Show Cause Hearing on the basis of actual or perceived bias, or the Vice President for Student Affairs is otherwise unable to perform these duties, decisions regarding interim measures will be made by the Associate Vice President for Student Affairs and Dean of Students or designee.

At any point in the process, interim measures may be implemented. Once in effect the measures will remain in place until it is determined they are no longer necessary.

## 2. Sanctions

- *Disciplinary Warning* – This written warning is provided to acknowledge a written notice given to draw the Respondent attention to the fact that their behavior violated appropriate with University policy, and does not align with Wichita State University's expectations for community members.  Please understand that should you be a breach of University policy occur again or you are found responsible for any future violations of University and/or HRL policy, offenses, you may expect to receive more severe disciplinary action.

- *Disciplinary Probation* – The student is deemed not in good conduct standing with the University. The duration of any probationary period will be determined by the resolution body on a case-by-case basis. Any further violations of University policy while on probation may result in more serious sanctions being imposed, which may include suspension or expulsion from the University. Restrictions that may be placed on the student during the probationary period include, but are not limited to: participation in student activities, representation of the University on athletic teams or in other leadership positions, eligibility to receive any University award or honorary recognition, entrance into University residence halls or other areas of campus, participation in a study abroad program, or University computer and network usage.

- *Deferred Suspension* – The student is deemed not in good conduct standing with the university and will be officially suspended from the University. However, the suspension will be deferred, meaning the student may continue to attend classes, but the suspension will be automatically enforced for failure to complete any assigned sanctions by the deadline and/or for any subsequent violation of University policy, unless the Associate Dean determines otherwise. If the student is found responsible for any subsequent violation of Section 8.05/Student Code of Conduct, the student will be automatically suspended for the length of the original deferred suspension in addition to any other sanctions imposed for the subsequent violation. Some of the restrictions that may be placed on the student during the deferred suspension period

- *Residence Hall Transfer or Removal* – The student will be placed in another room or residence hall or restricted from living on campus for a specified or indefinite period. If a student is restricted from living on campus, the student's Housing and Residence Life contract will be terminated and the student will be responsible for paying any remaining fees for the duration of the original contract period.

- *No Contact Order* – The student is prohibited from intentional direct or indirect contact with another person or group or their property via any means, including, but not limited to: personal contact, electronic communication (e.g. text messages, social media, etc.), telephone, or through third parties.

- *Campus and/or Building Ban* – The student is prohibited from being on any campus property and/or entering specific University facilities. Any student alleged to have violated a campus and/or building ban may be subject to additional disciplinary action.

- *No Trespass Order* – The student is prohibited from being on any campus property and/or entering specific University facilities. Any student alleged to have violated a campus and/or building ban may be subject to arrest.

- *Knowledge Attainment Activities* – Activities designed to increase a student's knowledge in areas related to the violation(s) committed including, but not limited to: attending workshops, researching a specific topic, interviewing a professional in a specific field, etc.

- *Restorative Activities* – Activities designed to repair harms caused and give back to others or the larger community including, but not limited to: community restitution service, letters of apology, educational presentations, etc.

- *Wellness Activities* – Activities designed to address student's wellness in areas including social, emotional, financial, physical, academic, and environmental wellness including, but not limited to: substance use assessments, counseling assessments, meeting with an academic advisor, meeting with a Student Involvement staff member, etc.

- *Reflective Activities* – Activities designed to allow the student to reflect on one's own behavior choices and the impact of those choices on the student and others, including potential future impacts if the same choices continue.

### 3. Sanctions for Student Groups and Organizations

- *Disciplinary Warning* – Official notification of unacceptable behavior and violation(s) of Section 8.05/Student Code of Conduct. Any further misconduct may result in more serious disciplinary sanctions.

- *Disciplinary Probation* – The student group or organization is deemed not in good conduct standing with the University. The duration of any probationary period will be determined by the resolution body on a case-by-case basis. Any further violations of University policy while on probation may result in more serious sanctions. Some of the restrictions that may be placed on the student group or organization during the probationary period include, but are not limited to: ability to host a party or

include, but are not limited to: participation in student activities, representation of the University on athletic teams or in other leadership positions, eligibility to receive any University award or honorary recognition, entrance into University residence halls or other areas of campus, participation in a study abroad program, or University computer and network usage. The duration of any deferred suspension period will be determined by the resolution body on a case-by-case basis.

- *Suspension* – The student is required to leave the University for a designated period of time. During the suspension period, a student may not attend classes (either in person or online), or participate in student group or student organization activities, whether they occur on or off campus. A student may be withdrawn from any classes in which the student is currently enrolled and will not be eligible for a refund. A registration and records hold will be placed on the student's account until the conclusion of the suspension period. If the student is an on-campus resident, the student's contract with Housing & Residence Life will also be terminated and the student will be responsible for paying any remaining fees for the duration of the original contract period. The student must successfully complete all assigned educational sanctions prior to the conclusion of the suspension period. The suspension will remain in effect until they are completed. Any further violations of University policy while on suspension could result in more serious sanctions being imposed.

- *Expulsion* – The student will be separated from the University without the possibility of graduation or future enrollment. The student may not be present on University premises unless authorized in writing in advance under conditions approved by the Associate Dean. A student may be withdrawn from any classes in which they are currently enrolled and will not be eligible for a refund. A permanent registration hold will be placed on the student's account. If the student is an on-campus resident, the student's contract with Housing & Residence Life will also be terminated and the student will be responsible for paying any remaining fees for the duration of the original contract period.

- *Withholding of Transcripts or Degree* – The University may withhold copies of student transcripts or awarding a degree otherwise earned until the completion of the process set forth in the Handbook, including the completion of all assigned sanctions.

- *Revocation of Admission and/or Degree* – Admission to the University or a degree awarded from the University may be revoked for fraud, misrepresentation, or other violation of University policy in obtaining the degree from or gaining admission to the University or for other serious violations committed by a student prior to graduation.

- *Restitution* – The student is required to pay for the loss of, damages to, or injury to University, personal, public, or private property, provided that such payment shall be limited to the actual cost of repair or replacement of such property.

- *Loss of University Privileges* – The student is restricted from accessing specific University privileges including, but not limited to: parking on campus, participation in student activities, holding a student leadership position, participation in a study abroad program, and University computer and network access.

- *No Contact Order* – The student group or organization is prohibited from intentional direct or indirect contact with another person or group or their property via any means, including, but not limited to: personal contact, electronic communication (e.g. text messages, social media, etc.), telephone, or through third parties.

- *Campus and/or Building Ban* – the student group or organization is prohibited from being and/or operating on any campus property and/or entering specific University facilities. Any student group or organization alleged to have violated a campus and/or building ban may be subject to additional disciplinary action.

- *Recommendation for Charter Revocation* – The University will submit an official request to the national or other governing organization to revoke the charter for a student group or organization.

- *Restitution* – The student group or organization is required to pay for the loss of, damages to, or injury to University, personal, public, or private property, provided that such payment shall be limited to the actual cost of repair or replacement of such property. University and/or student fee funds may not be used to pay restitution.

- *Loss of University Privileges* – The student group or organization is restricted from accessing specific University privileges including, but not limited to: ability to host a party or philanthropic event, eligibility to receive any University award or honorary recognition, participate in intramurals, represent the University and any travel in connection with such representation, participate in recruitment/intake or receive a new member class, maintain membership or representation of the organization on the governing council, utilize University facilities/grounds, participate in competitions, or receive future institutional funding.

- *Knowledge Attainment Activities* – activities designed to increase members' knowledge in areas related to the violation(s) committed including, but not limited to: attending workshops, researching a specific topic, interviewing a professional in a specific field, etc.

- *Restorative Activities* – activities designed to repair harms caused and give back to others or the larger community including, but not limited to: community restitution service, letters of apology, educational presentations, etc.

- *Wellness Activities* – activities designed to address members' wellness in areas including social, emotional, financial, physical, academic, and environmental wellness including, but not limited to:  risk management workshops, assessment and revision of risk management practices, financial management training, communication or teambuilding workshops, leadership or values congruence workshops, etc.

- *Reflective Activities* – activities designed to allow the student group or organization to reflect on its members' behavior choices and the impact of those choices on the group/organization and others, including potential future impacts if the same choices continue.

philanthropy event, eligibility to receive any University award or honorary recognition, participate in intramurals, represent the University and any travel in connection with such representation, participate in recruitment/intake or receive a new member class, maintain membership or representation of the organization on the governing council, utilize University facilities/grounds, participate in competitions, or receive future institutional funding.

- *Deferred Suspension* – The student group or organization will be officially suspended from the University, but the suspension will be deferred, meaning that the student group or organization may continue to function at this time. The suspension will be automatically enforced for failure to complete any assigned sanctions by the deadline and/or for any subsequent violation of University policy, unless the Director determines otherwise. If the student group or organization is found responsible for any subsequent violation of Section 8.05/Student Code of Conduct, the student will be automatically suspended for the length of the original deferred suspension in addition to the other sanctions imposed for the subsequent violation. Some of the restrictions that may be placed on the student during the deferred suspension period include, but are not limited to: ability to host a party or philanthropic event, eligibility to receive any University award or honorary recognition, participate in intramurals, represent the University and any travel in connection with such representation, participate in recruitment/intake or receive a new member class, maintain membership or representation of the organization on the governing council, utilize University facilities/grounds, participate in competitions, or receive future institutional funding.

- *Suspension* – The student group or organization is no longer recognized by the University for a designated period. During the suspension period, a student group or organization may not conduct any formal or informal business, or participate in University-related activities, whether they occur on or off campus. This includes, but is not limited to: ability to host a party or philanthropic event, eligibility to receive any University award or honorary recognition, participate in intramurals, represent the University and any travel in connection with such representation, participate in recruitment/intake or receive a new member class, maintain membership or representation of the organization on the governing council, utilize University facilities/grounds, participate in competitions, or receive future institutional funding. Re-recognition is possible but not guaranteed and will only be considered after the end of the suspension period and based on meeting all re-recognition criteria and obtaining clearance from the University. Any evidence that members of a student group or organization have attempted to sustain an unofficial student group or organization will result in individual charges and will postpone the group or organizations ability to be re-recognized or registered in the future. Any further violations of University policy while on suspension will result in more serious sanctions being imposed.  In most cases, the minimum suspension for an organization will be no shorter than two years.  During the last three months or an organization's suspension, a group will be allowed to work with the Vice President for Student Affairs, or designee, to create a transition plan for their reactivation.

- *Expulsion* – The student group or organization will permanently lose its University recognition and/or registration and is ineligible to utilize University resources including facilities and financial support.

## XII. Appeals

Following written notification of the outcome of their cases, Respondents may submit one appeal request within the University's process. The burden is on the individual requesting the appeal to prove that the appeal has merit. Appellate reviews are reviews of the record only.

### A. Appeal Request Grounds

Any Respondent or Complainant who participated in the entire conduct process and wish to file an Appeal must do so, in writing within five (5) University business days of the date of the outcome letter. Appeal requests may be filed on one or more of the following grounds:

1. A procedural or substantive error occurred that significantly affected the outcome of the case.

2. There is new, relevant information that could not have been reasonably discovered or was not available at the time of the original decision that, if available, could have significantly affected the outcome of the case. This does not include statements from a Complainant or Respondent who chose not to participate in the investigation, review, and/or hearing.

### B. Appeal Request Procedures

Appeal requests must be submitted in writing via the online Appeal Request Form (https://cm.maxient.com/reportingform.php?WichitaStateUniv&layout_id=5) . Once completed, the Appeal Request Form will be processed by SCCS. SCCS will convene an Appellate Body to review the appeal. The Appellate Body for individual conduct cases will be made up of 3 or 5 individuals. Generally this is two staff and one student or three staff and two students. For organizational conduct issues, the Vice President of Student Affairs, or designee, will convene an Appellate Body consisting of organizational presidents or their designee, organizational governing body members, alumni, advisors, and/or current staff/faculty.

The original Conduct Administrator or Student Conduct Board Advisor will provide a written response to the appeal request within three (3) University business days of receiving notice of the appeal request, unless a request to extend this time period has been made and granted prior to the expiration of the three (3) University business day requirement.

Upon receipt of the appeal request, written response, and case file, the Appellate Body will conduct a review of the file limited to the grounds identified by the filing party. The Appellate Body will issue a written response to the appealing party within five (5) University business days, unless a request to extend this time period has been made and granted prior to the expiration of the five (5) University business day requirement.

Great deference is given to the original decision. The presumption is that the investigation and decision processes were appropriately conducted and the burden is on the party requesting the appeal to prove the appeal has merit. Appellate reviews are reviews of the record only. There are no additional meetings with the Complainant or Respondent unless there are exceptional circumstances as determined by the Appellate Body, in which case the Appellate Body must offer both the Complainant and the Respondent the same opportunity to discuss the case.

### c. Appeal Request Outcomes

Upon review of the record, the Appellate Body may respond as follows:

1. Determine the appeal lacks standing and is dismissed, in which case the original decision stands;

2. Determine that the appeal has standing and remand the case back to the original Conduct Administrator or Student Conduct Board to consider new information or reevaluate previous information; or

3. Determine that the appeal has standing and remand the case to a new Conduct Administrator or Student Conduct Board with specific corrective instructions.

4. Determine the appeal has standing but the appellant has not provided information to substantiate that the outcome of the case was significantly affected; in which case the original decision stands.

The Appellate Body's decision is considered the final University decision and will be communicated in writing. The Appellate Body will review and respond to the appeal within five (5) University business days of receipt of all documentation but may extend this period of time for specific reasons that will be communicated in writing to the appealing party.

In circumstances in which the appealing party requests, in writing, that the Appellate Body remove themselves from the Appeal on the basis of actual or perceived bias, or in cases in which the Appellate Body is otherwise unable to perform these duties, appeal decisions may be made by another Appellate Body as determined by the Vice President for Student Affairs.

## XIII. Records

### A. Holds and Removal of Active Status

Student Conduct & Community Standards staff, the Associate Vice President for Student Affairs and Dean of Students, Housing & Residence Life staff, and/or the Vice President for Student Affairs may place a hold on a student's transcript, registration, and/or diploma; or remove a student group and/or student organization's active status and ability to conduct operations in any of the following situations:

1. A student, student group, or student organization has committed a violation of Section 8.05/Student Code of Conduct culminating in suspension or expulsion;

2. A student, student group, or student organization has been given interim restrictions pending an investigation and resolution of allegations of misconduct;

3. A student, student group, or student organization has failed to schedule or attend a required University meeting or hearing;

4. A student, student group, or student organization has failed to complete one or more sanctions by the assigned deadline; or

5. An individual who is no longer attending the University exhibits disruptive behavior which is impacting the University community, and it is the determination of the Vice President for Student Affairs or designee that a review of the student's file and meeting with the student occur prior to the student's re-enrollment.

# B. Record Retention

Student conduct records, including investigation records, are maintained electronically by Student Conduct & Community Standards for seven (7) years from the date the case is closed. A record is considered closed when the following criteria have been met:

1. It is determined that the student, student group, or student organization was not in violation of University policy; or

2. The student, student group, or student organization was in violation of University policy; and all periods of probation, deferred suspension, or suspension and all associated outcomes have been completed; or

3. a student, student group, or student organization has been expelled from the University.

If a student remains enrolled after the record is closed, the record will be maintained until the student graduates or is no longer enrolled at the University. When a student proceeds directly from one academic program into another academic program (e.g. undergraduate study to graduate study), the records will be maintained until the completion of the final academic program. Student group and organization records will be maintained for a minimum of seven (7) years after the record is closed. Records of incidents culminating in deferred suspension, suspension, or expulsion will be permanently maintained by the University.

# C. Access to Records

Student Conduct & Community Standards does not make copies of conduct files or audio recordings. If a student, student group, or student organization wishes to review its own conduct file, they may do so by scheduling an appointment with Student Conduct & Community Standards office. The file may be redacted to protect privacy concerns and to comply with federal and local law.

In instances when the student lives more than 150 miles from campus, a redacted copy of the conduct file may be provided upon request and at the expense of the requestor to be paid in advance of preparing it for transfer. Payment must be received prior to the release of the records. Reasonable costs for making copies, transcribing audio recordings, and/or staff time spent redacting personally identifiable information of other students may be included in calculated costs. This provision only applies to the student's location, not that of an advisor and/or family member.

# D. Records of Other Entities

Police reports may be obtained by contacting the records department at the law enforcement agency which issued the report. In the State of Kansas, police reports are not considered public records; therefore, limited information will be accessible upon request.

## XIV. Emergency Contact Notification

The University reserves the right to notify the parent(s)/guardian(s) of dependent students and/or a student's emergency contact regarding any conduct situation which poses a health or safety risk to the student or others, particularly alcohol and/or other drug violations. The University may also notify parent(s)/guardian(s) of non-dependent students who are under the age of 21 of alcohol and/or other drug violations. Parental notification may also be utilized discretionarily by Conduct Administrators when permitted by FERPA or consent of the student.